# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
## Minute Entry

### Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | REGAL MANOR TOWNHOUSES | | |
| **Case Number:** | 4:10-BK-00028-JMM | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, AUGUST 04, 2010 09:00 AM   COURTROOM 329 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | LUPE MARTINEZ | | |
| **Reporter / ECR:** | BEVERLY GRANILLO | | |

### Matter:

HEARING ON DEBTOR'S MOTION TO REINSTATE CASE

**R / M #:**   27 / 0

### Appearances:

JEFFREY H GREENBERG, ATTORNEY FOR REGAL MANOR TOWNHOUSES
FRANKLIN ELDRIDGE, MANAGER OF REGAL MANOR TOWNHOUSES, PRESENT IN THE COURTROOM
JILL HOLT, ATTORNEY FOR REGAL MANOR PROPERTIES
ELIZABETH AMOROSI, U.S. TRUSTEE, APPEARING BY TELEPHONE

### Proceedings:

MR. GREENBERG ADDS COMMENTS REGARDING HIS PENDING MOTION. THERE HAS BEEN NO AGREEMENT REACHED BETWEEN THE AFFECTED PARTIES.

COURT: WHY WAS THE ORDER IGNORED ON THE PLAN AND DISCLOSURE STATEMENT DEADLINES? IF THE PLAN AND DISCLOSURE STATEMENT ARE NOT FILED BY THE DEADLINE SET BY THE COURT, AN ORDER TO SHOW CAUSE IS ISSUED WHY THIS CASE SHOULD NOT BE DISMISSED. THE COURT NOTES THAT THE DEBTOR DID NOT RESPOND TO THE U.S. TRUSTEE'S MOTION EITHER AND THE CASE WAS DISMISSED.

MR. GREENBERG REPORTS THAT THE MONTHLY REPORTS HAVE BEEN FILED AND THE FEES HAVE BEEN PAID, PER THE U.S. TRUSTEE'S MOTION.

COURT STATES THE STAY HAS BEEN LIFTED AS A MATTER OF LAW, PURSUANT TO 362(d)(3) AND THE SALE SET FOR AUGUST 9TH CAN GO THROUGH, EVEN IF CASE WERE REINSTATED, BECAUSE THERE IS NO STAY IN EFFECT.

MR. GREENBERG STATES THAT THERE IS A RECEIVER IN PLACE ON THE PROPERTY AND THE RENTAL INCOME IS IN THE POSSESSION OF THE FIRST LIEN HOLDER'S RECEIVER . THERE WAS AN AGREEMENT THAT THE RENTS WERE TO BE PAID COMMENCING IN APRIL ON A MONTHLY BASIS TO THE FIRST LIEN HOLDER. PAYMENTS WERE MADE IN APRIL AND IN MAY. THERE IS APPROXIMATELY $12,000.00 IN AN ACCOUNT THE RECEIVER HOLDS.

MR. GREENBERG ADVISES BENEFITS TO CREDITORS IF CASE IN REINSTATED, AND THERE IS DISCUSSION.

COURT: THE MOTION TO REINSTATE IS DENIED, IF THE CASE IS RE-FILED, IT IS TO BE ASSIGNED TO THIS COURT.